UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER T. MOORE,

    Plaintiff,

  v.

HUB GROUP, INC.,

    Defendant.

Case No. 23-cv-2720-JPG

**MEMORANDUM AND
ORDER TO SHOW CAUSE**

    This matter comes before the Court on the motion of the defendant HUB Group, Inc. for a 30-day extension of time to respond to the complaint (Doc. 12). Plaintiff Christopher T. Moore objects because he wants this case to move along swiftly to a determination so that he can accept employment with peace of mind (Doc. 14). The Court **GRANTS** the motion (Doc. 12) but **ORDERS** that the defendant shall only have an additional 15 days from the current deadline—up to October 31, 2023—to respond to Moore's complaint.

    The Court also notes that the Complaint is devoid of any allegation connecting this dispute to the Southern District of Illinois. The Court notes that the plaintiff is a citizen of and resides in Missouri. Defendant HUB Group, Inc. is a citizen of Delaware, the state of its incorporation, and its website suggests its principal place of business is in Illinois, although within the Northern District of Illinois. *See* https://www.hubgroup.com/about-us/contact-us/ (visited Oct. 11, 2023). There is no indication that this case has any connection to the Southern District of Illinois other than the fact that the defendant has some contacts with the district. *See* Compl. ¶ 4. And there is no indication that the plaintiff's alleged employment had anything to do with the defendant's contacts with the Southern District of Illinois. This leads the Court to

doubt whether this case belongs in the Southern District of Illinois. For this reason, the Court **ORDERS** the plaintiff to **SHOW CAUSE** on or before October 31, 2023, why the Court should not transfer this case to some other district such as, for example, the United States District Court for the Eastern District of Missouri, the Northern District of Illinois, or the District of Delaware pursuant to 28 U.S.C. § 1404(a). The defendant shall have seven days from the plaintiff's response to file a reply.

**IT IS SO ORDERED.**
**DATED: October 11, 2023**

                                               s/ J. Phil Gilbert
                                               **J. PHIL GILBERT**
                                               **DISTRICT JUDGE**